### Hurst *v.* The State.

Simmons, C. J.    No error of law was committed, and the evidence authorized the verdict.                          *Judgment affirmed.    By five Justices.*

Submitted May 19, — Decided May 30, 1903.

Indictment for selling intoxicating liquor.    Before Judge Adams. City court of Dublin.    April 1, 1903.

*Hawkins & Weddington,* for plaintiff in error.
*G. H. Williams, solicitor,* contra.